

**ROSHAN D. SHAH** | Managing Partner
rshah@andersonshahlaw.com
P: 732-398-6544 | F: 732-576-0027

September 13, 2022

**VIA CM/ECF ONLY**
Hon. Lois H. Goodman, U.S.M.J.
United States District Court for the
	District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: **Seidle, et al. v. Neptune Township, et al.**
      **Civil Action No. 17-4428 (MAS-LHG)**

Dear Judge Goodman:

This Firm represents Defendant City of Asbury Park in this matter. Enclosed please find a copy of the proposed Final Amended Scheduling Order.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

*/s/ Roshan D. Shah*

ROSHAN D. SHAH, ESQ.
For the Firm

c: All counsel of record