ROSHAN D. SHAH, ESQ.
ERIN DONEGAN, ESQ.
**ANDERSON & SHAH, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Telephone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Defendant City of Asbury Park*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| KIRSTEN SEIDLE, et al., | Hon. Lois H. Goodman, U.S.M.J. |
| Plaintiff, | Civil Action No. 17-04428 (GC-LGH) |
| v. | |
| NEPTUNE TOWNSHIP, et al., | **FINAL AMENDED SCHEDULING ORDER** |
| Defendants. | |

This matter having been opened to the Court via status conference on September 8, 2022, and the parties having been represented by their respective counsel, and good cause having been shown to enter a final amended scheduling order:

IT IS ON THIS _____ DAY OF SEPTEMBER 2022, HEREBY ORDERED:

1. Fact discovery shall be completed by December 30, 2022;

2. Plaintiffs shall identify affirmative experts by December 30, 2022

3. Affirmative expert reports shall be due by February 28, 2023;

4. Rebuttal expert reports shall be due by April 28, 2023;

5. Expert depositions shall be completed by June 15, 2023;

6. Dispositive motions shall be filed by July 14, 2023;

      7.      Dispositive motions shall be returnable on August 7, 2023, subject to any briefing extensions permitted under the Federal Rules of Civil Procedure.

      8.      A status conference on this matter shall be held on December 7, 2023.

                                        _____

                                        Hon. Lois H. Goodman, U.S.M.J.