# THE MAGLIONE FIRM, PC

Dean R. Maglione, Esq.*
Shelley L. Stangler, Esq. +
Ashley A. Smith, Esq.

ATTORNEYS AT LAW
369 W. Farms Rd.
Farmingdale, NJ 07727
Tel. (973) 645-0777
Fax (973) 645-0377

dean@themaglionefirm.com
sstangler@themaglionefirm.com
asmith@themaglionefirm.com

+ Of counsel

Writer's Email: sstangler@themaglionefirm.com

Ext: 2001

November 7, 2025

VIA ELECTRONIC FILING
Magistrate Judge J. Brendan Day
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7E
Trenton, NJ 08608

**Re: Seidle, et al. v. Nepune Township, et al.**
**Case No: 3:17-cv-04428-RK-JBD**

Dear Judge Day:

Plaintiff writes after conferring with defense counsel about an extension of the last Scheduling Order relating to the interlocutory review briefing and scheduling of experts.

We have not met the deadlines and need to request an extension order. First, counsel for Asbury Park advised of an emergent medical condition and treatment requiring adjournment of one of two remaining expert witnesses. Plaintiff counsel asked for a few additional days on her brief, but has now come down with a debilitating virus and has been sick for the past 10 days. I have seen a doctor and have medications as of November 2, 2025. Further, plaintiff counsel is in the process of transitioning to another firm, has already put in a substitution of attorney for the Maglione Law Firm.

The parties agree on the following schedule:

Plaintiff brief on the interlocutory order review November 26, 2025; defense opposition December 8, 2025; reply December 15, 2025; completion of expert depositions December 31, 2025.

The Courts 'consideration is appreciated.

Respectfully submitted

/s/ *Shelley L. Stangler*
SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Roshan Shaw, Esq.

**IT IS SO ORDERED** this 12th day of November, 2025.
**IT IS FURTHER ORDERED** that the parties shall refrain from filing their motion papers on the docket until all briefing has been completed, consistent with the Court's August 19, 2025 text order.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE