# THE MAGLIONE FIRM, P.C.

ATTORNEYS AT LAW

Dean R. Maglione, Esq.*
Shelley L. Stangler, Esq. + ^
Ashley A. Smith, Esq.
M. Anthony Barsimanto, Esq.

Main Office: 369 W. Farms Rd.
Farmingdale, New Jersey 07727
Tel. (973) 645-0777
Fax (973) 645-0377

dean@themaglionefirm.com
sstangler@themaglionefirm.com
asmith@themaglionefirm.com
abarsimanto@themaglionefirm.com

* Certified <u>Civil</u> Trial Attorney
^ Member NY & NJ Bar
+ Of counsel

Other Location:
The Eisenhower Conference Center
290 West Mt. Pleasant Avenue
Suite 1340
Livingston, New Jersey 07039
Tel.: (973) 379-2500
Fax: (973) 396-3641

Email: sstangler@themaglionefirm.com

March 18, 2026

<u>VIA ELECTRONIC FILING</u>
Magistrate Judge J. Brendan Day
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7E
Trenton, NJ 08608

**Re: Seidle, et al. v. Nepune Township, et al.**
**Case No: 3:17-cv-04428-RK-JBD**

Dear Judge Day:

     We are in receipt of the Court's Order and Opinion dated March 9, 2026. Counsel has conferred with her clients and we will not be submitting any redactions in connection with the Friendly Order of Settlement.

     Respectfully submitted

/s/ <em>Shelley L Stangler</em>
SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Roshan Shaw, Esq.