# THE MAGLIONE FIRM, P.C.

ATTORNEYS AT LAW

Dean R. Maglione, Esq.*
Shelley L. Stangler, Esq. + ^
Ashley A. Smith, Esq.
M. Anthony Barsimanto, Esq.

Main Office: 369 W. Farms Rd.
Farmingdale, New Jersey 07727
Tel. (973) 645-0777
Fax (973) 645-0377

dean@themaglionefirm.com
sstangler@themaglionefirm.com
asmith@themaglionefirm.com
abarsimanto@themaglionefirm.com

* Certified Civil Trial Attorney
^ Member NY & NJ Bar
+ Of counsel

Other Location:
The Eisenhower Conference Center
290 West Mt. Pleasant Avenue
Suite 1340
Livingston, New Jersey 07039
Tel.: (973) 379-2500
Fax: (973) 396-3641

Email: sstangler@themaglionefirm.com

March 19, 2026

VIA LECTRONIC FILING
Magistrate Judge J. Brendan Day
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7E
Trenton, NJ 08608

**Re: Seidle, et al. v. Nepune Township, et al.**
**Case No: 3:17-cv-04428-RK-JBD**

Dear Judge Day:

The Court had permitted plaintiff to file for reconsideration/revision of the Court's dismissal of certain claims at the initial stage of the action after 12(b)(6) motion practice. On November 12, 2025 the Court directed that all papers be filed together [ECF 359, referring to August 19, 2025 DE353].

The August 2025 Order set forth dates which have been extended on consent. Plaintiff served her brief on the defendant December 8, 2025. The defense requested and received extensions on consent. On February 17, 2026 the Court permitted defendant to file an overlength brief, DE369. Defendant served their opposition on February 18, 2026.

On February 26, 2026 plaintiff counsel emailed defense counsel that she needed sufficient time to submit a Reply due to scheduling conflicts including multiple depositions weekly which needed to be completed prior to hip surgery March 9, 2026. The surgery proceeded and counsel is presently unable to work. My doctor's note is annexed for 45 days. At this time plaintiff requests until April 27 to file the Reply. There is no objection. In the event an overlength brief is needed we will make that application.

Respectfully submitted,

/s/
SHELLEY L. STANGLER, ESQ.

cc: Roshan Shaw, Esq.

Name: Shelley Lynn Stangler | DOB: ███████ | MRN: 106████ | | PCP: DAVID POWELL, MD | Legal Name: Shelley Lynn Stangler



**Hackensack Meridian *Health***
Medical Group

**HMH - Orthopedics OSNJ - Paramus**
GREGG KLEIN, MD

650 FROM RD
SUITE 420
PARAMUS NJ 07652-3517
Phone: 201-639-6620
Fax: 201-972-8980
March 12, 2026

Patient: **Shelley Lynn Stangler**
MR Number: 10█████████
Date of Birth: ██████████
Date of Visit: 3/11/2026

To Whom It May Concern,

Please be advised that I am the physician participating in the care of the above named patient who is status post joint replacement surgery on 3/9/2026.

This letter is to confirm that the patient will be unable to attend work responsibilities including court appearances, hearings, and trial for a minimum of 45 days, until 4/24/2026 as she recovers from surgery. The patient may return sooner pending eval by the doctor.

... further assistance, please contact our office.