# THE MAGLIONE FIRM, P.C.

**ATTORNEYS AT LAW**
Main Office: 369 W. Farms Rd.
Farmingdale, New Jersey 07727
Tel. (973) 645-0777
Fax (973) 645-0377

Dean R. Maglione, Esq.*
Shelley L. Stangler, Esq. + ^
Ashley A. Smith, Esq.
M. Anthony Barsimanto, Esq.

dean@themaglionefirm.com
sstangler@themaglionefirm.com
asmith@themaglionefirm.com
abarsimanto@themaglionefirm.com

Other Location:
The Eisenhower Conference Center
290 West Mt. Pleasant Avenue
Suite 1340
Livingston, New Jersey 07039
Tel.: (973) 379-2500
Fax: (973) 396-3641

* Certified <u>Civil</u> Trial Attorney
^ Member NY & NJ Bar
+ Of counsel

**IT IS SO ORDERED** this 20th day of March, 2026.

_J. BRENDAN DAY_
UNITED STATES MAGISTRATE JUDGE

March 19, 2026
**VIA LECTRONIC FILING**
Magistrate Judge J. Brendan Day
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7E
Trenton, NJ 08608

**Re: Seidle, et al. v. Nepune Township, et al.**
**Case No: 3:17-cv-04428-RK-JBD**

Dear Judge Day:

The Court had permitted plaintiff to file for reconsideration/revision of the Court's dismissal of certain claims at the initial stage of the action after 12(b)(6) motion practice. On November 12, 2025 the Court directed that all papers be filed together [ECF 359, referring to August 19, 2025 DE353].

The August 2025 Order set forth dates which have been extended on consent. Plaintiff served her brief on the defendant December 8, 2025. The defense requested and received extensions on consent. On February 17, 2026 the Court permitted defendant to file an overlength brief, DE369. Defendant served their opposition on February 18, 2026.

On February 26, 2026 plaintiff counsel emailed defense counsel that she needed sufficient time to submit a Reply due to scheduling conflicts including multiple depositions weekly which needed to be completed prior to hip surgery March 9, 2026. The surgery proceeded and counsel is presently unable to work. My doctor's note is annexed for 45 days. At this time plaintiff requests until April 27 to file the Reply. There is no objection. In the event an overlength brief is needed we will make that application.

Respectfully submitted,

/s/
SHELLEY L. STANGLER, ESQ.
Email: sstangler@themaglionefirm.com

cc: Roshan Shaw, Esq.